UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOHN D. BRUSH & CO., INC.,
doing business as Sentry Group, a
NY Corporation,

                Plaintiff,

                                            ORDER

                                            07-CV-6011L

            v.

STUHLBARG INTERNATIONAL SALES COMPANY,
INC., doing business as Sisco, Inc., a
California Corporation,

                Defendant.
_____

      This case had been referred to United States Magistrate Judge Jonathan W. Feldman.

The Order of Referral entered June 12, 2007 (Dkt. #10), is in all respects vacated.

      The case is referred to United States Magistrate Judge Marian W. Payson for all purposes authorized under 28 U.S.C. § 636(b).

      IT IS SO ORDERED.

                                        _____
                                            DAVID G. LARIMER
                                            United States District Judge

Dated: Rochester, New York
        June 14, 2007.